**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| RYAN DUBOISE, | : No. 67 EM 2015 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| HONORABLE BENJAMIN LERNER, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 19th day of August, 2015, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.